UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JOSEPH A. CHARLES, | : | Civil No. 07-1368 (RMB) |
| Petitioner, | : |  |
| v. | : | **O R D E R** |
|  | : | (CLOSED) |
| CHARLES E. SAMUELS, WARDEN, | : |  |
| Respondent. | : |  |

    THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Joseph A. Charles, and the Court having considered the written submissions of the parties and the relevant administrative record, and for the reasons set forth in the Opinion filed herewith,

    IT IS on this **8th** day of **June** 2007,

    **ORDERED** that the claim seeking derivative citizenship in the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE**, for lack of jurisdiction; and it is further

    **ORDERED** that the claim regarding Petitioner's alien status affecting his eligibility for prison release or halfway house programs is **DISMISSED WITH PREJUDICE** for failure to state a claim

of denial of a federal constitutional or statutory rights; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Petitioner by regular mail and shall forward the Order to the attorney for Respondents by way of electronic filing; and it is finally

**ORDERED** that the Clerk of the Court is directed to close the file accordingly.

                                                s/Renée Marie Bumb
                                                RENÉE MARIE BUMB
                                                United States District Judge